IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>PAYTON M. SAUSEN,<br><br>               Defendant. | **4:21CR3099**<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant's oral motion to modify the conditions of pretrial release, (Filing No. 11), is granted.

2) Defendant shall comply with all terms and conditions of release previously in place except as follows:

    a.   Defendant shall reside at Minnesota Adult and Teen Challenge and participate in that facility's program. The defendant shall fully comply with the requirements and rules of the Minnesota Adult and Teen Challenge facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

    b.   The condition of release regarding location monitoring is removed.

September 28, 2021.

                                                      BY THE COURT:

                                                      *s/ Cheryl R. Zwart*
                                                      United States Magistrate Judge